482037
3151

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: | 22-02706-EA |
|---|---|---|
| **ANGEL MANUEL DIAZ ROSARIO** | CHAPTER: | 13 |
| **Debtor** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THIS HONORABLE COURT:

COMES NOW ESPACIO RESIDENTIAL LLC, ("Espacio") through the undersigned counsel, and very respectfully states and requests:

1. Espacio Residential LLC, a creditor in the above captioned case, has appointed MARTINEZ & TORRES LAW OFFICES, P.S.C. ("M&T"), to represent it in all proceedings pending before this Honorable Court relative to the instant case.

2. Consequently, the undersigned counsel appears pursuant to Fed. R. Bankr. P, 9010(b) and hereby requests that all future notices, pleadings, and other filings in the case be served upon the undersigned. The undersigned further requests to be added to the Master Address List maintained by the Clerk of the Court.

**WHEREFORE**, it is respectfully requested that the master address list be amended to include the undersigned counsel and that all notices and documents filed in the instant case be served upon the undersigned counsel.

**RESPECTFULLY SUBMITTED.**

In San Juan Puerto Rico, this 14 day of September, 2022.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, including the following: **the Chapter 13 Trustee, JOSE RAMON CARRION MORALES, Esq. and to Debtor's/Debtors'** **counsel, Roberto Figueroa Carrasquillo, Esq.**

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 / Fax (787) 767-1183

**/s/ Sarah M. Vega Bonilla**
By: Sarah M. Vega Bonilla
**USDC –PR: 303503**
Email: svega@martineztorreslaw.com