```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

    IN RE:                                CASE NO. 22-02706-EAG
    ANGEL MANUEL DIAZ ROSARIO
                                          CHAPTER 13
    DEBTOR (S)

                       NOTICE OF CONTINUANCE OF
                       341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed Oct 19, 2022 at 10:00 am has been continued to

Wed Oct 19, 2022 at 10:00 am and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: yyx-xrdu-vea

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: yyx-xrdu-vea

**By Phone Please Dial: +1 787-333-6333**, Access Code: 3739082306138

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Wednesday, September 21, 2022.

   I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.

                              /s/ Jose R. Carrion
                              Office of Jose R. Carrion
                              Chapter 13 Trustee
                              PO Box 9023884, Old San Juan Station
                              San Juan, PR  00902-3884
                              Tel. (787) 977-3535 / Fax. (787) 977-3551

| 22-02706-EAG | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | ANGEL MANUEL DIAZ ROSARIO<br>URB ESTANCIAS DE BAIROA<br>A3 BROMELIA STRE<br>CAGUAS, PR 00725 |
| CIELO VIVIENDA LLC<br>CITI TOWER 252 AVENUE FLOOR 20<br>SAN JUAN, PR 00918 | ESPACIO RESIDENTIAL LLC<br>C/O MARTINEZ & TORRES LAW OFFICES PSC<br>PO BOX 192938<br>SAN JUAN, PR 00919-2938 |
| FIRST BANK<br>PO BOX 11856<br>SAN JUAN, PR 00910-3856 | |
| DATED: September 21, 2022 | CAROLINE MARTINEZ<br>OFFICE OF THE CHAPTER 13 TRUSTEE |