IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL MANUEL DIAZ ROSARIO

DEBTOR

CASE NO. 22-02706/EAG

CHAPTER 13

**DEBTOR'S MOTION REQUESTING VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

NOW COMES, **ANGEL MANUEL DIAZ ROSARIO,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On September 12, 2022, the Debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301 et seq., in the above captioned case.

2. The Debtor, Angel Manuel Diaz Rosario, respectfully requests that the present Chapter 13 bankruptcy case be dismissed. 11 U.S.C. §1307.

3. There has been one (1) prior case, 11-09565/ESL7, no prior conversions.

**WHEREFORE**, the petitioner Angel Manuel Diaz Rosario, very respectfully requests this Honorable Court enter an Order dismissing the present bankruptcy case.

**IT IS HEREBY CERTIFIED**, that on this same date a copy of the present motion was filed with the Clerk of the Court using the CM/ECF system which will send notification to Jose Ramon Carrion Morales, Chapter 13 Trustee; US Trustee's Office; and I also certify that a copy of this motion was sent via regular US Postal Mail to: Angel Manuel Diaz Rosario, Estancias de Bairoa, A-3 Calle Bromelia, Caguas PR 00725, the Debtor in the present case, and to all creditors and parties in interest appearing in the attached master address list.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 17th day of October, 2022.

*/s/Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

Certifico que he leído esta Moción y que la misma ha sido redactada de acuerdo a mis instrucciones, habiendo sido advertido por mi abogado de las consecuencias legales que esto implica. En Caguas, Puerto Rico, hoy 17 de octubre de 2022.

_____
ANGEL MANUEL DIAZ ROSARIO

```
Label Matrix for local noticing              ESPACIO RESIDENTIAL LLC c/o PLANET HOME LEND    US Bankruptcy Court District of P.R.
0104-3                                       MARTINEZ & TORRES LAW OFFICES P.S.C.            Jose V Toledo Fed Bldg & US Courthouse
Case 22-02706-EAG13                          PO BOX 192938                                   300 Recinto Sur Street, Room 109
District of Puerto Rico                      SAN JUAN, PR 00919-3409                         San Juan, PR 00901-1964
Old San Juan
Mon Oct 17 13:57:09 AST 2022

Cielo Vivienda LLC                           Firstbank Puerto Rico                           Martinez & Torres Law Offices PSC
Citi Tower 252 Avenue Floor 20               PO Box 11856                                    Lcda Vanessa Torres Quinones
San Juan, PR 00918                           San Juan, PR 00910-3856                         PO Box 192938
                                                                                             San Juan, PR 00919-3409


ANGEL MANUEL DIAZ ROSARIO                    JOSE RAMON CARRION MORALES                      MONSITA LECAROZ ARRIBAS
URB ESTANCIAS DE BAIROA                      PO BOX 9023884                                  OFFICE OF THE US TRUSTEE (UST)
A3 BROMELIA ST                               SAN JUAN, PR 00902-3884                         OCHOA BUILDING
CAGUAS, PR 00727-1257                                                                        500 TANCA STREET  SUITE 301
                                                                                             SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO                End of Label Matrix
PO BOX 186                                   Mailable recipients    9
CAGUAS, PR 00726-0186                        Bypassed recipients    0
                                             Total                  9
```