IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL MANUEL DIAZ ROSARIO

xx-xx-6467

Debtor(s)

CASE NO. 22-02706-EAG13

Chapter 13

FILED & ENTERED ON OCT/18/2022

ORDER

The motion filed by the debtor requesting reconsideration of order (docket #12) is moot.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of October, 2022.

Edward A. Godoy
United States Bankruptcy Judge