# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br>**ANGEL MANUEL DIAZ ROSARIO**<br>aka ANGEL DIAZ, aka ANGEL M DIAZ ROSARIO<br><br>**xxx−xx−6467**<br><br>Debtor(s) | Case No. **22−02706 EAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/18/22 |

### *ORDER DISMISSING CASE*

Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #13), it is now

ORDERED, that the instant case be and is hereby dismissed; and it is further

ORDERED that, upon the dismissal of a chapter 13 case wherein a chapter 13 plan has not been confirmed, the court shall retain jurisdiction to resolve any request for administrative expenses under 11 U.S.C. § 503(b) filed with the clerk within twenty−one (21) days after the order of dismissal becomes final and unappealable; and it is further

ORDERED, that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, October 18, 2022 .

*Edward A. Godoy*
United States Bankruptcy Judge